# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN FLOYD VOSS,

 Petitioner,

vs.

ISIDRO BACA, et al.,

 Respondents.

Case No. 3:15-cv-00183-HDM-VPC

**ORDER**

 The court instructed petitioner to file a habeas corpus petition on the court's form pursuant to 28 U.S.C. § 2254 because he is in custody pursuant to a judgment of conviction of a state court. Order (#4). Petitioner has submitted a motion for reconsideration (#6), arguing that the judgment of conviction is invalid pursuant to Nevada state law. That the judgment exists is sufficient for the requirements of 28 U.S.C. § 2254(a) to apply. Whether the judgment is invalid under the Constitution or laws of the United States is a question on the merits that the court will reach later, assuming that there are no procedural reasons to dismiss this action. The court denies petitioner's motion.

 The court also denies petitioner's requests either to certify the question to the court of appeals or to permit an interlocutory appeal.

///

///

///

///

1  IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#6) is
2  **DENIED**.
3  IT IS FURTHER ORDERED that the schedule set forth in the court's previous order (#4)
4  shall remain in effect.  Petitioner remains responsible for submitting an amended petition by the
5  deadline set forth in that order.
6  DATED: July 7, 2015.

_____
HOWARD D. MCKIBBEN
United States District Judge