# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN FLOYD VOSS,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:15-cv-00183-HDM-VPC

**ORDER**

    Before the court are petitioner's motion for relief from judgment (ECF No. 32), respondents' opposition (ECF No. 33), and petitioner's reply (ECF No. 34). The court agrees with respondents. Petitioner is trying to re-litigate issues that the court already has decided, and a motion for relief from the judgment is not the proper method for that.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that petitioner's motion for relief from judgment (ECF No. 32) is **DENIED**.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED: August 30, 2017.

_____
HOWARD D. MCKIBBEN
United States District Judge